UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | No. 6:18-CR-28-REW |
| v. | ) ) | ORDER |
| EDGAR LYNN MUSE, | ) ) | |
| Defendant. | ) ) | |

*** *** *** ***

This matter is before the Court on the Recommended Disposition (DE 71) of United States Magistrate Judge Hanly A. Ingram, addressing whether Edgar Lynn Muse is competent to stand trial pursuant to 18 U.S.C. §§ 4241 and 4247(d). Based on the psychiatric evaluation by Dr. Evan S. Du Bois (*see* DE 64, Report) and Defendant's and the Government's representations (and stipulations) at the competency hearing (*see* DE 70, Minutes), Judge Ingram recommended that the Court find Muse competent to proceed. *See* DE 71 at 8. The recommendation, filed on June 12, 2019, advised the parties that any objections must be filed within five days of its entry. *Id*. This period has lapsed, and neither party has objected.

This Court reviews *de novo* those portions of the Recommended Disposition to which a party objects. 28 U.S.C. § 636(b)(1). But, the Court is not required to "review . . . a magistrate[] [judge's] factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985). Where the parties do not object to the magistrate judge's recommendation, they waive any right to review. *See* Fed. R. Civ. P 59; *United States v. White*, 874 F.3d

1

490, 495 (6th Cir. 2017) ("When a party . . . fails to lodge a specific objection to a particular aspect of a magistrate judge's report and recommendation, we consider that issue forfeited on appeal."); *see also United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008) (noting that "[t]he law in this Circuit is clear" that a party who fails to object to a magistrate judge's recommendation forfeits his right to appeal its adoption).

Accordingly, the Court **ADOPTS** the Recommended Disposition (DE 71) and **FINDS** Muse competent to face further proceedings in this matter, including trial. Judge Ingram applied the correct standards under the correct procedure and reached the only supported result, *i.e.*, that Muse has restored and current competency.

The Court sets the matter for trial on July 10, 2019 at 9:00a.m., with the defendant and counsel present at 8:30a.m., in London. Pretrial filings shall be relative to that date unless changed by later order.

This the 26th day of June, 2019.

Signed By:
*Robert E. Wier* REW
United States District Judge